CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ( )
Complaint ( )
Information ( x )
Felony ( )
Misdemeanor ( )
Juvenile ( )

County of Offense: Davidson and others_____
AUSA's NAME: Amanda J. Klopf

Reviewed by AUSA: AJK_____
(Initials)

_Robin Smith_____
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed? _____ Yes __x__ No

If Yes, what language? _____

_David Bridgers_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC §§ 1343, 1346 | Honest Services Wire Fraud | A maximum sentence of 20 years' imprisonment, with no minimum sentence. | Not more than $250,000 |
| | | | | |
| | | | | |
| | | | | |

Is the defendant currently in custody? Yes ( ) No ( x ) If yes, State or Federal? Writ requested ( )

Has a complaint been filed? Yes ( ) No ( x )
    If Yes: Name of the Magistrate Judge _____ Case No.: _20-mj-2561, 20-mj-2560, 20-mj-2559, 20-mj-2624, 20-mj-2625, 20-mj-2628, 20-mj-2629_

        Was the defendant arrested on the complaint? Yes ( ) No ( )

Has a search warrant been issued? Yes ( x ) No ( )
    If Yes: Name of the Magistrate Judge _Hon. Frensley_ Case No.: _____

Was bond set by Magistrate/District Judge? Yes ( ) No ( x ) Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( x ) To/from what district? _____
Is this a Rule 40? Yes ( ) No ( x ) To/from what district? _____

Estimated trial time: 3 days_____

The Clerk will issue a Summons

Detention requested: Yes ( ) No ( x ) Recommended conditions of release: _____
_____
_____
_____
_____