**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:22-cr-00078** |
| | ) | **Judge Richardson** |
| | ) | |
| **ROBIN SMITH** | ) | |
| | ) | |

## UNOPPOSED MOTION TO SET CHANGE OF PLEA HEARING

Defendant Robin Smith hereby requests, through her undersigned counsel, that this Court set a change of plea hearing in this matter.

Ms. Smith was charged by an Information on March 4, 2022. Ms. Smith submits that the parties have reached a plea agreement to resolve the pending charges in this case and that she is ready to change her plea in this matter at a hearing to be set at a time of the Court's convenience.

The government has advised that it has no objection to this motion.

For the foregoing reasons, Defendant Robin Smith respectfully requests that the Court set a change of plea hearing in this matter and continue the setting of any deadlines in this matter to accommodate a change of plea hearing to take place subject to the Court's convenience and availability.

Respectfully submitted,


/s/W. David Bridgers
David Bridgers, TN BPR #016603
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, TN  37219
Telephone:  (615) 850-6380
david.bridgers@wallerlaw.com

*Counsel for Defendant Robin Smith*



## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, a copy of the foregoing document was filed by ECF, which transmits an electronic copy of this document to all counsel record in this matter.

Amanda J. Klopf
U. S. Attorney's Office (Nashville)
Middle District of Tennessee
110 Ninth Avenue South
Suite A961
Nashville, TN 37203
*amanda.klopf@usdoj.gov*


/s/David Bridgers
David Bridgers

4848-4300-3120.1