IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:22-cr-00078 |
| | ) Judge Richardson |
| ROBIN SMITH | ) |

## NOTICE OF APPEARANCE OF BEN ROSE FOR DEFENDANT

Please take notice that Ben Rose of the law firm RoseFirm, PLLC, hereby enters his appearance as counsel for Defendant Robin Smith in the above-captioned matter.

Dated: March 7, 2022

Respectfully submitted,

/s/Ben Rose
Ben M. Rose (#21254)
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
(615) 942-8295
ben@rosefirm.com

*Counsel for Defendant Robin Smith*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2022, a copy of the foregoing document was filed by ECF, which transmits an electronic copy of this document to all counsel record in this matter.

Amanda J. Klopf
U. S. Attorney's Office (Nashville)
Middle District of Tennessee
110 Ninth Avenue South
Suite A961
Nashville, TN 37203
*amanda.klopf@usdoj.gov*

                                                           /s/Ben Rose
                                                           Ben Rose