# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:22-cr-00078 |
| | ) Judge Richardson |
| | ) |
| ROBIN SMITH | ) |
| | ) |

## NOTICE OF APPEARANCE OF WELLS TROMPETER FOR DEFENDANT

Please take notice that Wells Trompeter of the law firm Waller Lansden Dortch & Davis, LLP, hereby enters her appearance as counsel for Defendant Robin Smith in the above-captioned matter.

Dated: March 7, 2022

Respectfully submitted,

/s/Wells Trompeter
Wells Trompeter, TN BPR #030380
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8759
wells.trompeter@wallerlaw.com

*Counsel for Defendant Robin Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, a copy of the foregoing document was filed by ECF, which transmits an electronic copy of this document to all counsel record in this matter.

Amanda J. Klopf
U. S. Attorney's Office (Nashville)
Middle District of Tennessee
110 Ninth Avenue South
Suite A961
Nashville, TN 37203
*amanda.klopf@usdoj.gov*

/s/Wells Trompeter
Wells Trompeter

4848-4300-3120.1