UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:22-cr-00078 |
| | ) JUDGE RICHARDSON |
| ROBIN SMITH | ) |

### ORDER

Defendant's Unopposed Motion to Set Change of Plea Hearing (Doc. No. 4) is **granted**.

The plea hearing is scheduled for **March 8, 2022 at 4:30 p.m.**

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE