MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL
PROCEEDINGS by ~~VIDEOCONFERENCE~~

U.S.A. v. **Robin Smith**, No. **3:22-cr-78**

ATTORNEY FOR GOVERNMENT: **Amanda Klopf**

ATTORNEY FOR DEFENDANT: **David Bridgers**    AFPD   Panel   (**Retained**)

PRETRIAL SERVICES/PROBATION OFFICER: **Tiana Rock**

INTERPRETER NEEDED?   YES   (**NO**)    LANGUAGE/INTERPRETER: ____
☐ PRESENT    ☐ ON TELEPHONE

☐ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☑ **INITIAL APPEARANCE**   ☑ ON A SUMMONS   ☐ ARRESTED ON: ____
DEFENDANT HAS A COPY OF:
   ☐ Complaint ☐ Indictment ☑ Information ☐ Supervised Release Pet. ☐ Other ____
   ☑ Defendant advised of the charges and the maximum penalties   ☐ Defendant has a copy of notice of rights
   ☑ Defendant advised of right to counsel    ☑ Counsel retained
   ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☐ FPD Appointed
   ☑ Defendant advised of right to silence    ☐ Defendant advised of right to **Consular notification**
   ☑ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
   ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
   ☐ Defendant waived rights under IAD    ☐ Defendant to be returned to State custody
   ☐ Government motion for detention    ☐ Defendant temporarily detained
   ☐ Defendant waived detention hearing    ☐ ICE detainer on defendant
   ☐ Defendant reserved right to hearing in future
   ☐ Defendant to remain in Federal custody
   ☐ Defendant remain on current conditions of supervised release
   ☐ Defendant ordered to psychological/psychiatric evaluation
   ☑ Defendant released on:
     ☑ Own recognizance with conditions of release    ☑ standard    ☐ special
     ☐ Appearance bond in the amount of: ____
     ☐ Property bond [description of property]: ____
   ☐ RULE 5 - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
   ☐ RULE 5 - Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ RULE 5 - Defendant elected to have detention hearing in District of Prosecution
   ☐ RULE 5 - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: ____

☑ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
☑ **ARRAIGNMENT**
   ☑ Defendant acknowledges he/she has copy of Indictment/Information   ☑ Court advised Def. of penalties
   ☑ Defendant waives reading thereof    ☐ Indictment/Information read to defendant by Judge
   **PLEA:** ☐ GUILTY   ☑ NOT GUILTY    ☐ Defendant intends to plead guilty and case referred to DJ

DATE: **3.7.22**    TOTAL TIME: **19 minutes**
BEGIN TIME: **1:01 pm**    END TIME: **1:20 pm**
*Digitally Recorded*

Form Revised 2/9/2018      Page 1 of 1