# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Robin Smith<br>*Defendant* | Case No. 3:22-cr-00078 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/7/2022

*Defendant's signature*

*Signature of defendant's attorney*

W David Bridgers
*Printed name of defendant's attorney*

*Judge's signature*

Jeffery S. Frensley, United States Magistrate Judge
*Judge's printed name and title*