IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00078 |
| | ) | Judge Richardson |
| ROBIN SMITH | ) | |
| | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

This is an unopposed motion to continue Defendant Robin Smith's sentencing hearing, currently scheduled for October 17, 2022, at 1:00 p.m.

The plea agreement [D.E. 15] contemplates that Defendant will cooperate with the government in this and related cases. It is anticipated that Defendant will testify in *United States v. Casada, et al.*, Criminal No. 3:22-cr-00282 (Judge Richardson), recently set for trial on October 25, 2022.

The defense and the government suggest that the sentencing hearing in this case be projected to the end of January of 2023, at the very earliest, given the projected length of the Casada case with multiple defendants.

Counsel is authorized to state that the government is not opposed to this motion and has seen a draft of same prior to filing with this Court.

Respectfully submitted,

/s/Wells Trompeter
W. David Bridgers
L. Wells Trompeter
Waller, Dortch and Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
615-850-8529
615-850-8759
david.bridgers@wallerlaw.com
wells.trompeter@wallerlaw.com

Benjamin M. Rose
RoseFirm, PLLC
PO Box 1108
Brentwood, Tennessee 37024
(615) 942-8295
ben@rosefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy was served via the Court's electronic case filing system to Amanda Klopf, Assistant United States Attorney, and John P. Taddei, Trial Attorney.

/s/Wells Trompeter
Wells Trompeter