UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-CR-00078 |
| v. | ) | |
| | ) | Judge Richardson |
| ROBIN SMITH | ) | |

### UNITED STATES' MOTION FOR LEAVE
### TO FILE SENTENCING DOCUMENT UNDER SEAL

The United States of America respectfully requests that the Court allow the United States to file a document under seal. In support thereof, the United States notes that the "Administrative Practices and Procedures for Electronic Case Filing (ECF)," adopted by this Court in Administrative Order #167 at Section 5.07, requires a party seeking to file documents under seal to file a motion for leave of court to do so, via the court's electronic filing system.

In this case, the document to be filed under seal is a sentencing document which contains confidential information.

A copy of the sentencing document will be provided to defense counsel and U.S. Probation. For these reasons, the United States respectfully requests that this Honorable Court grant this motion and permit the filing of said pleading under seal.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By: */s/ Taylor J. Phillips*
TAYLOR J. PHILLIPS
Assistant United States Attorney

719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

EDWARD P. SULLIVAN
Acting Chief, Public Integrity Section

By: */s/ John P. Taddei*
JOHN P. TADDEI
Senior Trial Attorney
Criminal Division
United States Department of Justice

2

Case 3:22-cr-00078   Document 38   Filed 10/21/25   Page 2 of 2 PageID #: 147