# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 3:22-cr-00078 |
| | ) Judge Eli Richardson |
| ROBIN SMITH. | ) |

**REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR RECONSIDERATION**

Comes now, the Defendant Robin Smith ("Ms. Smith"), and for her Reply to the Government's Response to Defendant's Motion for Reconsideration, Ms. Smith agrees with the Government's position, although her motion was not limited to one (1) year of probation. Moreover, to the extent it requires additional time for this Court to consider the Motion for Reconsideration and related filing under seal, Ms. Smith respectfully requests an extension of her current report date of January 5, 2026, by at least thirty (30) days. It is Ms. Smith's understanding that the Government is not opposed to this request.

Respectfully submitted,

s/Ben M. Rose
Ben M. Rose
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee  37024
615-942-8295
ben@rosefirm.com

Attorney for Robin Smith

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2025, I served counsel for the United States by filing this Reply using the CM/ECF system.

                                              s/Ben M. Rose
                                              Ben M. Rose